```
 1  KEKER, VAN NEST & PETERS LLP
    RACHAEL E. MENY - # 178514
 2  rmeny@keker.com
    R. JAMES SLAUGHTER - # 192813
 3  rslaughter@keker.com
    EUGENE M. PAIGE - # 202849
 4  epaige@keker.com
    BROOK DOOLEY - # 230423
 5  bdooley@keker.com
    IAN KANIG - # 295623
 6  ikanig@keker.com
    JASON GEORGE - # 307707
 7  jgeorge@keker.com
    633 Battery Street
 8  San Francisco, CA 94111-1809
    Telephone:     415 391 5400
 9  Facsimile:     415 397 7188

10  Attorneys for Defendant
    LYFT, INC.
11
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OR OAKLAND DIVISION

| JOHN ROGERS, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LYFT, INC.,<br><br>   Defendant. | Case No. _____<br><br>**DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANT LYFT, INC.'S NOTICE OF REMOVAL; WITH ATTACHED EXHIBITS A-F**<br><br>Removed from the Superior Court for the State of California, County of San Francisco, Case No. CGC-20-583685<br><br>Removed pursuant to the Class Action Fairness Act of 2005, 28 U.S.C.§ 1332(d).<br><br>Date Filed:     March 12, 2020<br><br>Date Removed: March 19, 2020 |
|---|---|

---

DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANT LYFT, INC.'S
NOTICE OF REMOVAL
Case No. _____

1376088.v2

## DECLARATION OF IAN KANIG

I, Ian Kanig, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am an attorney at the law firm of Keker, Van Nest & Peters LLP, counsel for Defendant Lyft, Inc. ("Lyft").  I submit this declaration in support of Lyft's Notice of Removal pursuant to 28 U.S.C. § 1446(a).  I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the complaint that Plaintiff John Rogers ("Plaintiff") filed against Lyft in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-20-583685 ("State Court Action").

3.  Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Civil Case Cover Sheet that was filed in the State Court Action.

4.  Plaintiff did not serve Lyft with process in the State Court Action, so there is no summons or proof of service of summons available to include with this removal notice.

5.  Attached hereto as **Exhibit C** is a true and correct copy of the Notice to Plaintiff of Initial Case Management Conference issued by the Court in the State Court Action.

6.  Attached hereto as **Exhibit D** is a true and correct copy of the "Plaintiff's Notice of and Memorandum in Support of His *Ex Parte* Application for an Emergency Preliminary Injunction" served by Plaintiff on Lyft.  Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Shannon Liss-Riordan in support of Plaintiff's aforementioned filing.  Attached hereto as **Exhibit F** is a true and correct copy of the Proposed Order in support of Plaintiff's aforementioned filing.

7.  Attached hereto as **Exhibit G** is a true and correct copy of the docket sheet in the State Court Action.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on March 19, 2020 at Berkeley, California.

_____
IAN A. KANIG

---

DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANT LYFT, INC.'S
NOTICE OF REMOVAL
Case No. _____

1376088.v2