SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
ANNE KRAMER (SBN 315131)
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff John Rogers,*
*on behalf of himself and all others similarly situated*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JOHN ROGERS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　　　　　　　Defendant | Case No. 3:20-cv-01938<br><br>**PROPOSED ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: March 12, 2020<br>Trial Date: None Set |

　　　Having considered Plaintiff's Emergency Motion for Preliminary Injunction, all other papers submitted and related oral argument, regarding the Motion, the Court hereby ORDERS that the Plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. During the pendency of this action, Lyft is enjoined and restrained from failing to comply with California law in classifying its drivers in California as independent contractors and not providing them the benefits they are entitled under California law, including paid sick leave, provided by Cal. Lab. Code § 246.

This injunction shall be effective as of the date issued and shall remain in effect through and including a final decision on the merits in this this matter, or other such disposition upon further order of this Court.

_____
U.S. District Court, Northern District of California