UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　　　　Defendant. | Case No.  20-cv-01938-VC<br><br>**JUDGMENT** |

　　Judgment is entered in accordance with the order granting in part the motion to compel arbitration, dismissing the arbitrable claims without prejudice, and remanding the remaining claim for lack of subject-matter jurisdiction. *See* Dkt. No. 50. The Clerk of Court is directed to close the case.

　　**IT IS SO ORDERED.**

Dated: April 7, 2020

_____
VINCE CHHABRIA
United States District Judge