SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
ANNE KRAMER (SBN 315131)
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Plaintiffs John Rogers,
Amir Ebadat, and Hany Farag,
on behalf of themselves and all others
similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROGERS, AMIR EBADAT, and HANY FARAG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　　　　　　Defendant | Case No. 3:20-cv-01938-VC<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Removed: March 19, 2020<br>Complaint Filed: March 12, 2020<br>Trial Date: None Set |

Plaintiffs hereby appeal to the Ninth Circuit Court of Appeals from the Court's "Order Granting in Part and Denying in Party Motion to Compel Arbitration; Remanding Request for Public Injunction" (Dkt. 50) and subsequent Judgment (Dkt. 51).

Dated: April 10, 2020

Respectfully submitted,

JOHN ROGERS, AMIR EBADAT,
and HANY FARAG, on behalf of themselves
and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Anne Kramer, SBN 315131
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
Emails: sliss@llrlaw.com;
 akramer@llrlaw.com

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a copy of this document and all supporting documents referenced herein were delivered via electronic filing CM/ECF system to counsel for Defendants on April 10, 2020.

/s/ Shannon Liss-Riordan

Shannon Liss-Riordan, SBN 310719