UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

April 23, 2020

Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, CA 94102

**RE:  John Rogers, et al. v.  Lyft, Inc.**
       **20-cv-01938-VC**

**Your Case Number:  CGC-20-583685**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Certified original and one copy of this letter

☒  Certified copy of docket entries

☒  Certified copy of Remand Order

☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Gina Agustine*

by:  Gina Agustine
Case Systems Administrator
(415) 522-2087