| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 11 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN ROGERS; et al.,

        Plaintiffs-Appellants,

 v.

LYFT, INC.,

        Defendant-Appellee.

No.   20-15689

D.C. No. 3:20-cv-01938-VC
Northern District of California,
San Francisco

ORDER

JOHN ROGERS; et al.,

        Plaintiffs-Appellees,

 v.

LYFT, INC.,

        Defendant-Appellant.

No.   20-15700

D.C. No. 3:20-cv-01938-VC

Before: Peter L. Shaw, Appellate Commissioner.

      The appellants' motion (Docket Entry No. 16) to file an oversized first cross-appeal brief is denied.

      The Clerk shall strike the first cross-appeal brief at Docket Entry No. 17.

      Within 14 days after the date of this order, the appellants shall file a first cross-appeal brief not to exceed 14,000 words.  *See* 9th Cir. R. 28.1-1(b).

      The second cross-appeal brief is due within 30 days after service of the first

GS / AC / 08/10/2020/Pro Mo

cross-appeal brief.  The third cross-appeal brief is due within 30 days after service of the second cross-appeal brief.  The fourth cross-appeal brief is due within 21 days after service of the third cross-appeal brief.