FILED

NOV 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN ROGERS; et al., | No.   20-15689 |
| Plaintiffs-Appellants, | D.C. No. 3:20-cv-01938-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| LYFT, INC., | ORDER |
| Defendant-Appellee. | |

| | |
|---|---|
| JOHN ROGERS; et al., | No.   20-15700 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-01938-VC |
| v. | |
| LYFT, INC., | |
| Defendant-Appellant. | |

Defendant's unopposed motion (Docket Entry No. 40) for voluntary dismissal of cross-appeal No. 20-15700 only is granted.  No. 20-15700 is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court as to No. 20-15700 only.

No. 20-15689 will proceed.

The Clerk will file the answering brief submitted at Docket Entry No. 41

LK20-50298/Pro Mo

The optional reply brief is due within 21 days after the date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7